UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES ROBINSON,

Plaintiff,

v.

DIANE EDINGTON,

Defendant.
_______________________________/

Case No. 2:24-cv-34

Hon. Hala Y. Jarbou

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the court is the report and recommendation of the magistrate judge that Defendant Diane Edington's motion for summary judgment (ECF No. 71) be granted. (R&R, ECF No. 74.) No parties have filed objections to the R&R, and the deadline for doing so has expired. Upon review, the Court finds that the R&R makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 74) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Edington's motion for summary judgment (ECF No. 71) is **GRANTED** and Plaintiff's claims against her are **DISMISSED**.

A judgment will enter in accordance with this Order.

Dated: September 23, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE